## ALEXANDER et al. *v.* VIRGINIA

No. 71–1315.   Argued October 19, 1972—Decided June 25, 1973

*Stanley M. Dietz* argued the cause and filed a brief for petitioners.

*James E. Kulp,* Assistant Attorney General of Virginia, argued the cause for respondent.   With him on the brief were *Andrew P. Miller,* Attorney General, and *Robert E. Shepherd, Jr.,* Assistant Attorney General.*

Per Curiam.

The judgment of the Supreme Court of Virginia is vacated and the case is remanded for further proceedings not inconsistent with *Miller* v. *California, ante,* at 23–25, *Paris Adult Theatre I* v. *Slaton, ante,* at 58 n. 7, and *Heller* v. *New York, ante,* p. 483.   See *United States* v. *12 200-ft. Reels of Film, ante,* at 129–130 and n. 7.   A trial by jury is not constitutionally required in this state civil proceeding pursuant to § 18.1–236.3 of the Code of Virginia, 1950, as amended.   See *Melancon* v. *McKeithen,* 345 F. Supp. 1025, 1027, 1035–1045, 1048 (ED La.), aff'd *sub nom. Mayes* v. *Ellis,* 409 U. S. 943 (1972), and *Hill* v. *Mc-*

---

*\*Ralph J. Schwarz, Jr., Mel S. Friedman,* and *Joel Hirschhorn* filed a brief for the First Amendment Lawyers' Association as *amicus curiae* urging reversal.

*Keithen,* 409 U. S. 943 (1972). Cf. *Kingsley Books, Inc.* v. *Brown,* 354 U. S. 436, 443–444 (1957).

*Vacated and remanded.*

MR. JUSTICE DOUGLAS would reverse the judgment of the Supreme Court of Virginia. See *Miller* v. *California, ante,* p. 37 (DOUGLAS, J., dissenting).

MR. JUSTICE BRENNAN, with whom MR. JUSTICE STEWART and MR. JUSTICE MARSHALL join, dissenting.

I would reverse the judgment of the Supreme Court of Virginia and remand the case for further proceedings not inconsistent with my dissenting opinion in *Paris Adult Theatre I* v. *Slaton, ante,* p. 73. See my dissent in *Miller* v. *California, ante,* p. 47.